Case 1:00-cr-00258-WMN   Document 31   Filed 08/10/2005   Page 1 of 2

U.S. DISTRICT COURT (Rev. 2/2005) Sheet 1 - Judgment in a Criminal Case for Revocations with Supervised Release   Judgment Page 1 of 2

HSG

# United States District Court
## District of Maryland

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** with Supervised Release) |
|  | (For Offenses Committed On or After November 1, 1987) |
| STANLEY BRUNSON | Case Number: WMN-00-0258 |
|  | USM Number: 34309-037 |
|  | Defendant's Attorney: Jeffrey Risberg, Esq., AFPD |
|  | Assistant U.S. Attorney: Kathleen Gavin, Esq. |

FILED ___ ENTERED
LODGED ___ RECEIVED
AUG 1 0 2005
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**THE DEFENDANT:**

☑ admitted guilt to violation of conditions of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Standard Condition #2 | Failure to report to Probation Officer and submit written report each month | June, 2005 |
| Standard Condition #3 | Failure to follow directions of the Probation Officer | July 6, 2005 |
| Standard Condition #11 | Failure to Notify Probation Officer of Arrest | June 22, 2005 |
| Statutory Condition | Refrain from any unlawful use of controlled substance (Defendant used marijuana) | February 8, 2005 |
| Additional Condition | Failure to satisfactorily participate in treatment program | July 5, 2005 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

☑ Supervised release is revoked.
☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 10, 2005
Date of Imposition of Judgment

_____  8/10/05
WILLIAM M. NICKERSON          Date
SENIOR UNITED STATES DISTRICT JUDGE

Name of Court Reporter: Gail Simpkins

U.S. DISTRICT COURT (Rev.11/99) Sheet 2 - Judgment in a Criminal Case for Revocations with Supervised Release          Judgment Page 2 of 2

**DEFENDANT:**     STANLEY BRUNSON                          **CASE NUMBER: WMN-00-0258**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __10__ months.

☑ The court makes the following recommendations to the Bureau of Prisons:
The defendant shall be examined for medical and surgical needs.

☐ The defendant is remanded to the custody of the United States Marshal

☐ The defendant shall surrender to the United States Marshal for this district

   ☐ at _____ a.m./p.m. on _____
   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender, at his own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

   ☑ before 2 p.m. on __September 21, 2005__.

A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _____
DEPUTY U.S. MARSHAL